IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Kenneth Montz Mobley,<br><br>           Plaintiff,<br><br>vs.<br><br>Commander Marvin Brown;<br>Officer M. Del Castillo Reiten,<br><br>           Defendants. | Civil Action No.: 0:10-cv-00160-TLW |

# ORDER

On January 22, 2010, the plaintiff, Kenneth Montz Mobley ("plaintiff"), proceeding *pro se*, filed this action pursuant to 42 U.S.C. § 1983. (Doc. #1). The case was referred to United States Magistrate Judge Paige J. Gossett pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02(B)(2), DSC.

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by the Magistrate Judge to whom this case had previously been assigned. (Doc. # 30). On September 17, 2010, the Magistrate Judge issued the Report. In the Report, the Magistrate Judge recommends that this action be dismissed with prejudice for lack of prosecution. (Doc. # 30). The plaintiff filed no objections to the report. Objections were due on October 4, 2010.

This Court is charged with conducting a <u>de novo</u> review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this

1

Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. It is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED**. (Doc. # 30). For the reasons articulated by the Magistrate Judge, this action is dismissed with prejudice for lack of prosecution.

**IT IS SO ORDERED**.

   s/Terry L. Wooten
United States District Judge

November 10, 2010
Florence, South Carolina